IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC.<br>1 ABC Parkway<br>Beloit, Wisconsin 53511 | : : : : : | Civ. Act. No. 2:24-cv-01527 |
| Plaintiff, | : : | |
| v. | : : : | |
| EVERGREEN ROOFING INC.<br>3941 Evergreen Drive<br>Monroeville, Pennsylvania 15146 | : : : : | |
| and | : : | |
| WILLIAM ERIC RECHTER<br>3941 Evergreen Drive<br>Monroeville, Pennsylvania 15146 | : : : : : | |
| Defendants. | : | |

## JUDGMENT

Defendants Evergreen Roofing Inc. and William Eric Rechter having failed to plead or otherwise defend the above-entitled action, and default having been entered,

**NOW**, upon the application of plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc. and upon the *Declaration of Amanda Badillo in Support of the Plaintiff's Request for Entry of a Default Judgment in a Sum Certain Against the Defendants Pursuant to Federal Rule of Civil Procedure 55(b)(1)*, which establishes that defendants Evergreen Roofing Inc. and William Eric Rechter are indebted, jointly and severally, in the amount of $88,544.39 to plaintiff American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., and that defendants Evergreen Roofing Inc. and William Eric Rechter are not minors, incompetent persons or in the military service of the United States, it is hereby

**ADJUDGED AND DECREED,** that plaintiff AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC., having an address of 1 ABC Parkway, Beloit, Wisconsin 53511, has judgment and recovery from defendant EVERGREEN ROOFING INC., having an address of 3941 Evergreen Drive, Monroeville, Pennsylvania 15146, and defendant WILLIAM ERIC RECHTER, having an address of 3941 Evergreen Drive, Monroeville, Pennsylvania 15146, the sum of $88,544.39, jointly and severally, plus interest from the date of entry of this Judgment, and that plaintiff AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC. has execution thereon.



CLERK'S ENTRY OF DEFAULT / DEFAULT JUDGMENT

Date: 1/17/2025

*Ryan Merrigan*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena